UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21399-BLOOM/Otazo-Reyes

JAMES GIULIANI *and*
ANGELA GIULIANI,

    Plaintiffs,

v.

SEND ENTERPRISES, LLC,
DRIVE DEVELOPMENT, LLC, *and*
NICOLE PEARL,

    Defendants.
_____/

## FINAL JUDGMENT AS TO COUNT I

**THIS CAUSE** is before the Court on Plaintiffs James Giuliani and Angela Giuliani and Defendant Send Enterprises, LLC's Joint Motion for Entry of Judgment as to Count I. ECF No. [17] ("Motion").

Judgment is entered in favor of Plaintiffs James Giuliani and Angela Giuliani and against Defendant Send Enterprises, LLC in the amount of $487,500, for which let execution issue forthwith. Any collections against Defendant Send Enterprises, LLC shall be within and subject to the jurisdiction of the receivership court in Case No. 2023-014668-CA-03 pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

Case No. 23-cv-21399-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 5, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2