UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21399-CIV-DAMIAN

**JAMES GIULIANI,** *et al.*,

    Plaintiffs,

v.

**SEND ENTERPRISES, LLC**, *et al.***,**

    Defendants.

_____/

**FINAL JUDGMENT AGAINST DEFENDANTS
DRIVE DEVELOPMENT AND NICOLE PEARL
AND
AMENDMENT OF FINAL JUDGMENT
AGAINST DEFENDANT SEND ENTERPRISES [ECF NO. 19]**

On July 5, 2023, this Court entered Final Judgment in favor of Plaintiffs, James Guiliani and Angela Giuliani, and against Defendant Send Enterprises, LLC as to Count I, in the amount of $487,500. [ECF No. 19 (the "July 5, 2023 Judgment")]. On December 30, 2024, this Court granted Plaintiffs' Motion for Summary Judgment as to Count II, against Defendants Drive Development, LLC and Nicole Pearl, in the amount of $487,500. [ECF No. 75 (the "Summary Judgment Order")].

Pursuant to the Court's Summary Judgment Order, judgment is hereby entered as to Count II in favor of Plaintiffs, James Giuliani and Angela Giuliani, and against Defendants Drive Development, LLC and Nicole Pearl, jointly and severally, in the amount of $487,500.00, for which sums let execution issue and upon which post-judgment interest shall accrue at the statutory rate beginning December 30, 2024.

The July 5, 2023 Judgment is amended to reflect that the judgment amount of $487,500.00 is entered jointly and severally with the judgment entered herein as to Defendants

Drive Development, LLC and Nicole Pearl. As stated in the July 5, 2023 Judgment, any collections against Defendant Send Enterprises, LLC shall be within and subject to the jurisdiction of the receivership court in Case No. 2023-014668-CA-03, to the extent that matter is currently pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**